Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, Texas  76006
(817) 870-1694 Telephone
(817) 870-1181 Facsimile
swilcox@wilcoxlaw.net
ATTORNEY FOR SANTANDER CONSUMER USA, INC. DBA CHRYSLER CAPITAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| J & D RELIABLE TRUCKING, INC., <br> DEBTOR, | § § § § | CASE NO. 18-44927-MXM-7 |
| SANTANDER CONSUMER USA, INC. <br> DBA CHRYSLER CAPITAL, <br> MOVANT, | § § § § | |
| VS. | § § | A Hearing on the Motion for |
| J & D RELIABLE TRUCKING, INC. <br> AND SHAWN BROWN, TRUSTEE, <br> RESPONDENTS. | § § § § | Relief from the Automatic Stay <br> or, in the Alternative, Request <br> for Adequate Protection set: <br> **FEBRUARY 28, 2019 AT 9:30 A.M.** |

## NOTICE OF HEARING

TO ALL PARTIES IN INTEREST:

      This is to inform you that a hearing on the above referenced Motion has been set for hearing on February 28, 2019 at 9:30 a.m., before the Honorable Mark X. Mullin, United States Bankruptcy Courtroom, First Floor, Room 128, United States Courthouse, 501 West Tenth Street, Fort Worth, Texas 76102.

      DATED February 1, 2019.

                                          Respectfully submitted,

                                            /s/    Stephen G. Wilcox
                                          Stephen G. Wilcox
                                          State Bar Number 21454300
                                          WILCOX LAW, PLLC
                                          P.O. Box 201849
                                          Arlington, Texas  76006

(817) 870-1694 Telephone
(817) 870-1181 Facsimile
swilcox@wilcoxlaw.net
ATTORNEY FOR SANTANDER
CONSUMER USA, INC. DBA CHRYSLER
CAPITAL

**NOTICE**

**ABSENT COMPELLING CIRCUMSTANCES WARRANTING AN ALTERNATIVE PROCEDURE, EVIDENCE PRESENTED AT PRELIMINARY HEARINGS IN THE DALLAS AND FORT WORTH DIVISIONS ON MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY WILL BE BY AFFIDAVIT ONLY. THE RESPONDING PARTY SHALL SERVE EVIDENTIARY AFFIDAVITS AT LEAST 2 DAYS IN ADVANCE OF SUCH HEARING. THE FAILURE OF A RESPONDENT TO FILE AN EVIDENTIARY AFFIDAVIT, OR THE FAILURE OF AN ATTORNEY TO ATTEND A SCHEDULED AND NOTICED PRELIMINARY HEARING, SHALL BE GROUNDS FOR GRANTING THE RELIEF, REGARDLESS OF THE FILING OF A RESPONSE TO THE MOTION.**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Notice of Hearing was served by FIRST CLASS MAIL, POSTAGE PREPAID on:

J & D Reliable Trucking, Inc.
2218 Woodhollow Drive
Mesquite, TX 75150

Yhara Duran
3524 Ponderosa Dr.
Grand Prairie, TX 75052

and by ELECTRONIC FILING on:

Marilyn Garner
2007 E. Lamar Blvd., Suite 200
Arlington, TX 76006

Shawn Brown
P.O. Box 93749
Southlake, TX 76092

Office of the U.S. Trustee
1100 Commerce, Room 976
Dallas, Texas  75242

on February 1, 2019.

　　　　　　　　　　　　　　　　　　　　　　/s/   Stephen G. Wilcox
　　　　　　　　　　　　　　　　　　　　　Stephen G. Wilcox

8323-00087-475341