**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: J&D Reliable Trucking, Inc. | § <br> § | Case No. 18-44927 <br> (Chapter 7) |

**ORDER GRANTING BMO HARRIS BANK N.A.'S RELIEF FROM AUTOMATIC STAY
(This Order Resolves Docket # \_\_)**

BMO Harris Bank, N.A. ("Movant") filed a motion for relief from the automatic stay and co-debtor stay against the following collateral (the "Property"):

| Year | Manufacturer | Model | Description | Serial Number |
|---|---|---|---|---|
| 2014 | PETERBILT | 579 | 579 | 1XPBDP9X8ED222984 |
| 2015 | KENWORTH | T800-SERIES | T-800-SERIES: T800 121 BBC CONV CAB SBA TRACTOR 6X4 | 1XKDD49X8FJ442836 |
| 2015 | KENWORTH | T800-SERIES | T-800-SERIES: T800 121 BBC CONV CAB SBA TRACTOR 6X4 | 1XKDD49X8FJ442836 |
| 2015 | KENWORTH | T800-SERIES | T-800-SERIES: T800 121 BBC CONV CAB SBA TRACTOR 6X4 | 1XKDD49XXFJ442837 |

Hearing was held on April 9, 2019 where Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. No written objection or request for hearing has been filed within the time required by law.

Accordingly, it is ordered that Movant is granted leave from the automatic stay and the co-debtor stay to pursue its state law remedies against the Property, including repossession, foreclosure and/or eviction.

The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply.

###

Approved as to form only:

By: _/s/ Ammar Dadabhoy/s/_
    Tariq A. Zafar
    Texas Bar No. 24038048
    Email:  tzafar@wongfleming.com
    Ammar Dadabhoy (*pro hac vice)*
    Texas Bar No. 24088812
    Email:  adadabhoy@wongfleming.com
    77 Sugar Creek Center Blvd., Suite 401
    Sugar Land, Texas 77478
    Tel. (281) 340-2074
    Fax. (866) 240-0629
    Attorneys for Creditor
Date: March 8, 2019    BMO Harris Bank N.A.