Ammar Dadabhoy (*pro hac vice*)
Wong Fleming
State Bar No: 24088812
77 Sugar Creek Center Blvd., Suite 401
Sugar Land, TX 77478
Phone: (281) 340-20704
Fax: (866) 240-0629
Email: adadabhoy@wongfleming.com
ATTORNEYS FOR CREDITOR BMO HARRIS BANK N.A.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re: | § | |
|    J & D Reliable Trucking, Inc | § | Case No. **18-44927-mxm7** |
| | § | Chapter 7 |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## NOTICE OF HEARING

IT IS ORDERED that the Motion for Relief from stay is set for hearing on April 9, 2019 at 9:30 A.M., in the Earle Cabell Federal Building, U. S. Courthouse, 501 W. 10th Street, Fort Worth, TX 76102.

          **WONG FLEMING**

    By: _/s/ Ammar Dadabhoy/s/_
      Tariq A. Zafar
      Texas Bar No. 24038048
      Email:  tzafar@wongfleming.com
      Ammar Dadabhoy (*pro hac vice*)
      Texas Bar No. 24088812
      Email:  adadabhoy@wongfleming.com
      77 Sugar Creek Center Blvd., Suite 401
      Sugar Land, Texas 77478
      Tel. (281) 340-2074
      Fax. (866) 240-0629
      Attorneys for Creditor

Date: March 8, 2019                                                  BMO Harris Bank N.A.