H. Elizabeth Weller, Esq.
Sherrel K. Knighton, Esq.
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Frwy, Suite 1000
Dallas, TX  75207
(214) 880-0089 Telephone
(469) 221-5003 Facsimile

Attorneys for Tarrant County

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| J & D RELIABLE TRUCKING, INC., | § | CASE NO.  18-44927-MXM-7 |
| | § | |
| Debtor. | § | CHAPTER 7 |

## NOTICE OF HEARING

Upon timely written objection to Tarrant County's Motion for Relief from the Automatic Stay, a preliminary hearing on Tarrant County's Motion for Relief from the Automatic Stay will be held before the Honorable Mark X. Mullin on April 9, 2019, at 9:30 a.m. at Room 128, U.S. Courthouse, 501 W. 10th Street, Fort Worth, TX 76102.

Dated: March 22, 2019.

                                          Linebarger Goggan Blair & Sampson, LLP
                                          2777 N. Stemmons Frwy, Suite 1000
                                          Dallas, TX  75207
                                          (214) 880-0089 Telephone
                                          (469) 221-5003 Facsimile
                                          dallas.bankruptcy@lgbs.com

                                          By:*/s/ H. Elizabeth Weller*
                                             H. Elizabeth Weller
                                             SBN 00785514
                                             Sherrel K. Knighton
                                             SBN  00796900

CERTIFICATE OF SERVICE

      I hereby certify that on March 22, 2019, I caused a true and exact copy of the foregoing to be served upon the parties listed below and on the attached "Service List" electronically or by first class U.S. mail.

                                                             */s/H. Elizabeth Weller*
                                                             H. Elizabeth Weller

Marilyn D. Garner, Esq.
Law Offices of Marilyn D. Garner
2007 E. Lamar Blvd, Suite 200
Arlington, TX 76006

Shawn K. Brown, Esq.
Chapter 7 Trustee
P.O. Box 93749
Southlake, TX 76092

Ammar Dadabhoy, Esq.
Wong Fleming
77 Sugar Creek Center Blvd, Ste. 401
Sugar Land, TX 77478

Stephen Wilcox, Esq.
Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006

Freedom Truck Finance, LLC
c/o AIS Portfolio Services, LP
4515 N. Santa Fe Avenue, Dept. APS
Oklahoma City, OK 73118

United States Trustee
1100 Commerce Street, Rm. 976
Dallas, TX  75242